Coleman & Krause, Respondent, v. The City of New York and Others, Defendants, Impleaded with John T. Brady & Company, and National Surety Company, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Florence Waskowski, Respondent, v. George Bockhaus, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Petition of Norbert Heinsheimer, an Attorney and Counselor at Law of the Supreme Court of the State of New York, Respondent, to Enforce an Attorney's Lien upon and against the Judgment in the Action of Anton H. Meyer, as Assignee of the United States Restaurant and Realty Company, Appellant, v. David A. Schulte and Rose Schulte, Respondents, and Any Sum or Sums Paid or Payable Thereunder.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Lotos Advertising Company, Appellant, Respondent, v. Magistral Chemical Company, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ethel O. Kent, Respondent, v. Yonkers Railroad Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward D. Cassin, Respondent, v. Yonkers Railroad Company, Appellant. Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ben H. Atwell, Respondent, v. Max Rabinoff, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to renew motion upon proper papers. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jacob Wechsler, Respondent, v. George Rawak, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maximilian Mosson, Respondent, v. Raymond C. Haff, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Neuberger, Appellant, v. Albert Y. Gowen, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for a commission to examine the witnesses named in the motion papers on oral questions granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles E. Levy, Respondent, v. Guardian Trust Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.